Case: 1:26-cv-02583 JURY DEMAND
Assigned To : Walton, Reggie B.
Assign. Date : 8/3/2026
Description: Pro Se Gen. Civ. (F-DECK)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

( JOTHI RATHNAM PADMANABHAN, )
( 5204 TUCKERMAN LANE, )
( APARTMENT 102, )
( BETHESDA, MARYLAND )
( UNITED STATES OF AMERICA, )
( PLAINTIFF, )

( --AGAINST-- )

( DEFENDANT )
( OFFICE OF MONTGOMERY COUNTY )
( EXECUTIVE MARC ELRICH )
( FOR )
( MONTGOMERY COUNTY )
( POLICE DEPARTMENT )
( JOHN DOE NUMBER ONE )
( JOHN DOE NUMBER TWO )
( JOHN DOE NUMBER THREE )
( JOHN DOE NUMBER FOUR )
( JOHN DOE NUMBER FIVE )

Complaint

Civil Action

---

Plaintiff Jothi Rathnam brought five counts of Torts and Foreign Intelligence Surveillance Act 1978 of thirteen years attack. Courts matters Exhibit A of Complaint arise in jurisdiction of District of Columbia. Plaintiff requested Court work performance for not to have continuance 'Agent of Foreign Power' and 'Foreign Power' entity in the right to privacy in the United States.

RECEIVED
AUG 0 3 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## I. COMPLAINT

1. Count One. Violation of Agent of Foreign Power 50USC§1801(b).
2. Count Two. Violation of public official and witness of bribery 18USC§201(b)(2)(A)
3. Count Three. False Arrest.
4. Count Four. Medical Confinement.
5. Count Five. MCPD operated for Trespassed cohabitant foreign sleeper cells.

## II. PARTIES

6. "PLAINTIFF" "JOTHI RATHNAM" 5204 Tuckerman Lane, Apartment unit 102, Bethesda, Maryland United States of America (USA).
7. "DEFENDANT" Office of Montgomery County Executive Marc Elrich 101 Monroe Street, 2nd floor, Rockville, Maryland 20850 United States for Montgomery County Police Department (MCPD) John Doe number one, John Doe number two, John Doe number three, John Doe number four, and John Doe number five for the misconduct in date 20 June 2026. Montgomery County executive March Elrich is sued in official capacities. https://www.montgomerycountymd.gov/services

## III. JURISDICTION AND VENUE

8. This Court has jurisdiction over Plaintiffs' claims pursuant to 28USC§1331 1332a and 1343 because the matters in controversy arise under the Constitution and laws of the United States. Jurisdiction is also proper over Plaintiffs' claims under 28USC§2201-2202 because those claims arise out of the same case or

controversy as Plaintiffs' federal claims. Plaintiff has the right to appear as pro se in a civil case in federal court in a statute, 28USC§1654.

9. Plaintiff seeks a declaration of their civil rights. This Court has supplemental jurisdiction over Plaintiffs related state law claims under 28USC§1367(a) because those claims arise out of the same case or controversy as Plaintiffs' federal claims.

10. Venue is proper in this Court under 28 U.S.C. §1391a this section shall govern the venue of all civil actions brought in district courts of the United States.

11. Submission of Petition filed Rule 7 of matters presenting to the Court of Title IV and Hearing, Order, Enforcement of Rule 17 to 19 of Title V in United States Foreign intelligence surveillance court (FISC) Washington, D.C rules of procedure effective 1 November 2010.

## IV. STATEMENTS OF FACTS

### A. Plaintiff Jothi Rathnam is United States National person in United States National location

12. Foreign Intelligence Surveillance Act 1978 (F.I.S.A.).

13. F.I.S.A. governs the collection of Foreign Intelligence Information (F.I.I.).

14. Foreign Instrumentality refers to any entity significantly controlled by a foreign government including agencies, ministries, corporations, and institutions that operate under the influence of a foreign state.

15. Foreign Intelligence Information (F.I.I.) refers to data that is crucial for the United States to safeguard itself against threats from foreign powers. This

includes information about potential attacks, sabotage, international terrorism, and clandestine intelligence operations. It can also encompass data related to national defense and foreign affairs, regardless of whether it involves U.S. citizens.

16. F.I.I. is vital for United States National Security.

17. F.I.I. casework involves criminal law of foreign surveillance and international terrorism.

18. 18USC§2510 defines terms related to wire and electronic communications interception.

19. F.I.I. involves United States and foreign persons.

20. F.I.I. legal frameworks govern the collection and use of this information.

21. Foreign Sovereign Immunities Act 1976 outlines the circumstances under which foreign states can be held accountable in the U.S. legal system, particularly emphasizing that foreign states engaged in commercial activities within the U.S. may not enjoy this immunity. Foreign immunity is primarily relevant in international law and civil litigation. Foreign immunity invoked in cases involving Diplomatic relations and protections. Commercial disputes involving foreign entities. Claims against foreign governments for actions taken in their official capacity.

22. Counterintelligence is the collection of information and the execution of activities designed to safeguard against threats such as espionage, intelligence operations, sabotage, and assassinations. These threats originate from foreign

governments, organizations, individuals, or international terrorist groups. The primary goal of counterintelligence protect national security and maintain the integrity of sensitive information.

23. 18USC§2339A Chennai India the Foreign Power nation is the provider of terrorism. Provider of terrorism uses number of team of terrorists. Material name communication system of foreign intelligence surveillance (FIS) of war and national defense of Title V to Plaintiff Jothi Rathnam United States National person in United States National location.

24. 18USC§2339 violation of harboring terrorists of the Foreign Power of the U.S. organization real estate corporations and commercial corporation and Montgomery County police department (MCPD) to Plaintiff Jothi Rathnam United States National person in United States National location.

25. 18USC§2510 wire and electronic communications interception to Plaintiff Jothi Rathnam United States National person in United States National location.

26. 50USC§1801 Foreign intelligence surveillance (FIS) of war and national defense of Title V to Plaintiff Jothi Rathnam United States National person in United States National location.

27. Plaintiff Jothi Rathnam Padmanabhan is the United States national person in United States national location.

28. Plaintiff Jothi Rathnam Padmanabhan residing 5204 Tuckerman Lane, apartment 102, Bethesda Maryland 20852 United States.

29. Plaintiff Jothi Rathnam Padmanabhan masters information security New York Tech Manhattan campus of the United States National person in United States National Location on year August 2015 to 2026.

30. Plaintiff Jothi Rathnam Padmanabhan United States National person in United States National location is victim of obstruction of justice thirteen years attack on year November 2013 to 2026. (Exhibit A)

31. Plaintiff Jothi Rathnam Padmanabhan United States National person in United States National location is brother-sister family relation to human Mohana Priya Padmanabhan the United States National person in United States National location. Human Mohana Priya is victim of murder death attack died in United States 18USC§1111, landmark Statue of Liberty New York year December 2016. Human Mohana Priya designated Information Technology (I.T.) Windows System Administrator of Tata Consultancy Services (TCS) Company Rhode Island. Employer TCS Human Resource Compliance Office located 9204 Corporate boulevard, 320, Rockville Maryland 20852 United States. Case name Jothi Rathnam Padmanabhan -v- TCS et al Case index D-06-CV-24-011591 year 2024 District Court of Maryland for Montgomery County. (Exhibit B).

32. Plaintiff Jothi Rathnam Padmanabhan United States National person in United States National location is uncle-nephew family relation to human Rahul Ratan Senthilkumar United States Citizenship the United States National person in United States National location. Human Rahul Ratan died September 2016.

Human Rahul Ratan died in the place Chennai India the Foreign Nation. Human Rahul Ratan died in murder death attack of 18USC§1119. Consular Report in email (Exhibit C).

33. Plaintiff filed Peace Order seven claims in the state court year March 2026 District Court of Maryland for Montgomery County. (Exhibit D).

34. Plaintiff filed three petitions to lease office year December 2020 to 2026 (Exhibit E).

35. A federal claim for false arrest is based in the Fourth Amendment right to be free of "unreasonable searches and seizures" and further supported by the Amendment language that "no Warrants shall issue, but upon probable cause."

36. Civil lawsuits based on false arrest are brought under 42USC§1983, which provides that anyone acting under the color of law who deprives someone of their Constitutional rights "shall be liable to the injured party." Section 1983 is the statutory mechanism for the relief, but the underlying injury must be based on the violation of separate "federal rights elsewhere conferred."

37. Baker v. McCollan, 443 U.S. 137, 145, 99 S. Ct. 2689, 2695, 61 L. Ed. 2d 433 (1979).

38. Singer v. Fulton County Sheriff, 63 F.3d 110 (2d Cir. 1995).

39. The elements of a claim for false arrest are (1) defendant's intent to confine, (2) plaintiff was aware of the confinement, (3) lack of consent, and (4) the confinement was not privileged.

40. Ivery v. Baldauf, 284 F.Supp.3d 426, 434-436 (W.D.N.Y. 2018).

41. Plaintiffs need not show an acquittal or other favorable termination to succeed on a false arrest claim, though they do bear the burden of establishing the absence of probable cause.
42. Plaintiff Jothi Rathnam victim of violation of the Agent of Foreign Power.
43. Plaintiff Jothi Rathnam victim of violation of bribery of public official and witness.
44. Plaintiff Jothi Rathnam victim of tort law False arrest.
45. Plaintiff Jothi Rathnam victim of tort law Medical Confinement.
46. Plaintiff Jothi Rathnam victim of violation of trespass.
47. Montgomery County Police Department gang group operated to captivate innocent individual on 20 June 2026 morning to 2 July 2026 to Plaintiff Jothi Rathnam Padmanabhan is the United States national person in United States national location.
48. Plaintiff actual action steps involved non-violently moved out trespassers with said oral statement words 'enough doing sister role please leave' 'to move alternate apartment unit entry of secret ownership rental possession'. There was no violent behaviors occurred between Plaintiff and Co-habitants on the day of MCPD arrivals. Co-inhabitant female gender of Foreign Power command concert instruction taken the full red brick in hands attempt neared tried to attack on the head and cursed statement 'see what I am going to do with police to yours' to Plaintiff Jothi Rathnam Padmanabhan is the United States national person in United States national location.

49. Co-inhabitant of Foreign Power commands and Foreign Power entity instruction organized crimes to Plaintiff Jothi Rathnam Padmanabhan is the United States national person in United States national location.

50. Co-inhabitant of Foreign Power commands and Foreign Power instruction bribery offered excited Defendant MCPD group 'the Agent of Foreign Power' attacked to Plaintiff Jothi Rathnam of United States national person in United States national location.

51. Defendant MCPD John Doe groups False arrest attacked on date 20 June 2026 in the residence address 5204 Tuckerman Lane, 102, Bethesda Maryland 20852 United States.

52. Defendant MCPD John Doe groups False arrest attacked on date 20 June 2026 to 2 July 2026 to Plaintiff Jothi Rathnam Padmanabhan is the United States national person in United States national location.

**B. Defendant Office of Montgomery County Executive Marc Elrich for Montgomery County Police Department (MCPD)**

53. Foreign Intelligence Surveillance Act 1978 (F.I.S.A.).

54. F.I.S.A. governs the collection of Foreign Intelligence Information (F.I.I.).

55. Foreign Instrumentality refers to any entity significantly controlled by a foreign government including agencies, ministries, corporations, and institutions that operate under the influence of a foreign state.

56. Foreign Intelligence Information (F.I.I.) refers to data that is crucial for the United States to safeguard itself against threats from foreign powers. This

includes information about potential attacks, sabotage, international terrorism, and clandestine intelligence operations. It can also encompass data related to national defense and foreign affairs, regardless of whether it involves U.S. citizens.

57. F.I.I. is vital for United States National Security.

58. F.I.I. casework involves criminal law of foreign surveillance and international terrorism.

59. 18USC§2510 defines terms related to wire and electronic communications interception.

60. F.I.I. involves United States and foreign persons.

61. F.I.I. legal frameworks govern the collection and use of this information.

62. Foreign Sovereign Immunities Act 1976 outlines the circumstances under which foreign states can be held accountable in the U.S. legal system, particularly emphasizing that foreign states engaged in commercial activities within the U.S. may not enjoy this immunity. Foreign immunity is primarily relevant in international law and civil litigation. Foreign immunity invoked in cases involving Diplomatic relations and protections. Commercial disputes involving foreign entities. Claims against foreign governments for actions taken in their official capacity.

63. Counterintelligence is the collection of information and the execution of activities designed to safeguard against threats such as espionage, intelligence operations, sabotage, and assassinations. These threats originate from foreign

governments, organizations, individuals, or international terrorist groups. The primary goal of counterintelligence protects national security and maintain the integrity of sensitive information.

64. 18USC§2339A Chennai India the Foreign Power nation is the provider of terrorism. Provider of terrorism uses number of team of terrorists. Material name communication system of foreign intelligence surveillance (FIS) of war and national defense of Title V to Plaintiff Jothi Rathnam United States National person in United States National location.

65. 18USC§2339 violation of harboring terrorists of the Foreign Power of the U.S. organization real estate corporations and commercial corporation and Montgomery County Police Department (MCPD) to Plaintiff Jothi Rathnam United States National person in United States National location.

66. 18USC§2510 wire and electronic communications interception to Plaintiff Jothi Rathnam United States National person in United States National location.

67. 50USC§1801 Foreign intelligence surveillance (FIS) of war and national defense of Title V to Plaintiff Jothi Rathnam United States National person in United States National location.

68. Defendant is the Office of Montgomery County Executive Marc Elrich for Montgomery County Police Department John Doe number one, John Doe number two, John Doe number three, John Doe number four, and John Doe number five for the misconduct in date 20 June 2026

https://www.montgomerycountymd.gov/services to Plaintiff Jothi Rathnam United States National person in United States National location.

69. Chennai India nation is the Foreign Power of 50USC§1801(a) to Plaintiff Jothi Rathnam United States National person in United States National location.

70. Defendant John Doe number one Montgomery County Police Department (MCPD) the Agent of Foreign Power of 50USC§1801(b) to Plaintiff Jothi Rathnam United States National person in United States National location.

71. Defendant John Doe number two Montgomery County Police Department (MCPD) the Agent of Foreign Power of 50USC§1801(b) to Plaintiff Jothi Rathnam United States National person in United States National location.

72. Defendant John Doe number three Montgomery County Police Department (MCPD) the Agent of Foreign Power of 50USC§1801(b) to Plaintiff Jothi Rathnam United States National person in United States National location.

73. Defendant John Doe number four Montgomery County Police Department (MCPD) the Agent of Foreign Power of 50USC§1801(b) to Plaintiff Jothi Rathnam United States National person in United States National location.

74. Defendant John Doe number five Montgomery County Police Department (MCPD) the Agent of Foreign Power of 50USC§1801(b) to Plaintiff Jothi Rathnam United States National person in United States National location.

75. Defendant John Doe #1 #2 #3 #4 #5 Montgomery County Police Department (MCPD) the Agent of Foreign Power of international terrorism activities appeared intended coerced civilian population 50USC§1801(c)(2)(A) to

Plaintiff Jothi Rathnam United States National person in United States National location.

76. Defendant John Doe #1 #2 #3 #4 #5 Montgomery County Police Department (MCPD) the Agent of Foreign Power of weapon of mass destruction 50USC§1801(p) to Plaintiff Jothi Rathnam United States National person in United States National location.
77. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power subjected Plaintiff Jothi Rathnam United States National person in United States National location.
78. 42USC§1983 Civil action for deprivation of rights
79. U.S. Const. Amend. IV Searches and Seizures; Warrants
80. 18USC§242 Deprivation of rights under color of law
81. Minn. Stat §629.34 When arrest made without warrant
82. Singer v. Fulton County Sheriff, 63 F.3d 110 (2d Cir. 1995).
83. Ivery v. Baldauf, 284 F.Supp.3d 426, 434-436 (W.D.N.Y. 2018).
84. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed False arrest with no probable cause of action and without any issue of warrant on date 20 June 2026 morning to Plaintiff Jothi Rathnam United States National person in United States National location.
85. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed medical confinement with no probable cause of action and without any issue of warrant on date 20 June 2026 to 2 July 2026 in

the place Adventist Healthcare Shady Grove Medical Center 9901 medical center drive, Rockville Maryland 20852 United States to Plaintiff Jothi Rathnam United States National person in United States National location.

86. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed False arrest exceeded court date 25 June 2026 to Plaintiff Jothi Rathnam United States National person in United States National location.

87. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed False arrest on torture with third party Foreign Power material weapon 'chip hidden tablet' 'that has control moving method in mobile app' to Plaintiff Jothi Rathnam United States National person in United States National location.

88. Baker v. McCollan (U.S. June 26, 1979).

89. Weyant v. Okst (2d Cir. Dec. 3, 1996).

90. Vodak v. City of Chicago (7th Cir. Mar. 17, 2011).

91. Childress v. Walker (M.D. Ala. Apr. 30, 2013).

**C. Defendant committed Bribery of public official and witness to Plaintiff**

92. Foreign Intelligence Surveillance Act 1978 (F.I.S.A.).

93. F.I.S.A. governs the collection of Foreign Intelligence Information (F.I.I.).

94. Foreign Instrumentality refers to any entity significantly controlled by a foreign government including agencies, ministries, corporations, and institutions that operate under the influence of a foreign state.

95. Foreign Intelligence Information (F.I.I.) refers to data that is crucial for the United States to safeguard itself against threats from foreign powers. This includes information about potential attacks, sabotage, international terrorism, and clandestine intelligence operations. It can also encompass data related to national defense and foreign affairs, regardless of whether it involves U.S. citizens.

96. F.I.I. is vital for United States National Security.

97. F.I.I. casework involves criminal law of foreign surveillance and international terrorism.

98. 18USC§2510 defines terms related to wire and electronic communications interception.

99. F.I.I. involves United States and foreign persons.

100. F.I.I. legal frameworks govern the collection and use of this information.

101. Foreign Sovereign Immunities Act of 1976 outlines the circumstances under which foreign states can be held accountable in the U.S. legal system, particularly emphasizing that foreign states engaged in commercial activities within the U.S. may not enjoy this immunity. Foreign immunity is primarily relevant in international law and civil litigation. Foreign immunity invoked in cases involving Diplomatic relations and protections. Commercial disputes involving foreign entities. Claims against foreign governments for actions taken in their official capacity.

102. Counterintelligence is the collection of information and the execution of activities designed to safeguard against threats such as espionage, intelligence operations, sabotage, or assassinations. These threats originate from foreign governments, organizations, individuals, and international terrorist groups. The primary goal of counterintelligence protects national security and maintain the integrity of sensitive information.

103. 18USC§2339A Chennai India the Foreign Power nation is the provider of terrorism. Provider of terrorism uses number of team of terrorists. Material name communication system of foreign intelligence surveillance (FIS) of war and national defense of Title V to Plaintiff Jothi Rathnam United States National person in United States National location.

104. 18USC§2339 violation of harboring terrorists of the Foreign Power of the U.S. organization real estate corporations and commercial corporation to Plaintiff Jothi Rathnam United States National person in United States National location.

105. 18USC§2510 wire and electronic communications interception to Plaintiff Jothi Rathnam United States National person in United States National location.

106. 50USC§1801 Foreign intelligence surveillance (FIS) of war and national defense of Title V to Plaintiff Jothi Rathnam United States National person in United States National location.

107. Defendant is the Office of Montgomery County Executive Marc Elrich for Montgomery County Police Department John Doe number one, John Doe

number two, John Doe number three, John Doe number four, and John Doe number five for the misconduct in date 20 June 2026 to 2 July 2026 https://www.montgomerycountymd.gov/services to Plaintiff Jothi Rathnam United States National person in United States National location.

108. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power subjected Plaintiff Jothi Rathnam United States National person in United States National location.

109. Defendant Montgomery County Police Department (MCPD) committed violation of bribery of public officials and witnesses the person selected to be a public official directly received value personally return of being influenced in the performance of any official act of 18USC§201(b)(2)(A) to Plaintiff Jothi Rathnam United States National person in United States National location.

110. Chennai India nation is the Foreign Power and Defendant Montgomery County Police Department (MCPD) ‘the Agent of Foreign Power’ and the ‘Foreign Power’ committed violation of bribery of public official and witness to Plaintiff Jothi Rathnam United States National person in United States National location.

111. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed violation of bribery of public official and witness resulted to False arrest with no probable cause of action and without any issue of warrant on date 20 June 2026 morning to Plaintiff Jothi Rathnam United States National person in United States National location.

112. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed violation of bribery of public official and witness resulted to medical confinement with no probable cause of action and without any issue of warrant on date 20 June 2026 to 2 July 2026 in the place Adventist Healthcare Shady Grove Medical Center 9901 medical center drive, Rockville Maryland 20852 United States to Plaintiff Jothi Rathnam United States National person in United States National location.

113. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed violation of bribery of public official and witness resulted to False arrest exceeded court date 25 June 2026 to Plaintiff Jothi Rathnam United States National person in United States National location.

114. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed violation of bribery of public official and witness resulted to False arrest on torture with third party Foreign Power material weapon 'chip hidden tablet' 'that has control moving method in mobile app' to Plaintiff Jothi Rathnam United States National person in United States National location.

115. Defendant Montgomery County Police Department (MCPD) committed violation of bribery of public officials and witnesses the person selected to be a public official directly received value personally return of being influenced in the performance of any official act to Plaintiff Jothi Rathnam United States National person in United States National location.

116. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed 18USC§201(b)(2)(A) to Plaintiff Jothi Rathnam United States National person in United States National location.

117. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power violated 18USC§201(b)(2)(A) to Plaintiff Jothi Rathnam United States National person in United States National location.

118. 42USC§1983 Civil action for deprivation of rights

119. U.S. Const. Amend. IV Searches and Seizures; Warrants

120. 18USC§242 Deprivation of rights under color of law

121. Minn. Stat §629.34 When arrest made without warrant

122. Singer v. Fulton County Sheriff, 63 F.3d 110 (2d Cir. 1995).

123. Ivery v. Baldauf, 284 F.Supp.3d 426, 434-436 (W.D.N.Y. 2018).

**D. Defendant MCPD committed False Arrest to Plaintiff**

124. Foreign Intelligence Surveillance Act 1978 (F.I.S.A.).

125. F.I.S.A. governs the collection of Foreign Intelligence Information (F.I.I.).

126. Foreign Instrumentality refers to any entity significantly controlled by a foreign government including agencies, ministries, corporations, and institutions that operate under the influence of a foreign state.

127. Foreign Intelligence Information (F.I.I.) refers to data that is crucial for the United States to safeguard itself against threats from foreign powers. This includes information about potential attacks, sabotage, international terrorism, and clandestine intelligence operations. It can also encompass data related to

national defense and foreign affairs, regardless of whether it involves U.S. citizens.

128. F.I.I. is vital for United States National Security.

129. F.I.I. casework involves criminal law of foreign surveillance and international terrorism.

130. 18USC§2510 defines terms related to wire and electronic communications interception.

131. F.I.I. involves United States and foreign persons.

132. F.I.I. legal frameworks govern the collection and use of this information.

133. Foreign Sovereign Immunities Act 1976 outlines the circumstances under which foreign states can be held accountable in the U.S. legal system, particularly emphasizing that foreign states engaged in commercial activities within the U.S. may not enjoy this immunity. Foreign immunity is primarily relevant in international law and civil litigation. Foreign immunity invoked in cases involving Diplomatic relations and protections. Commercial disputes involving foreign entities. Claims against foreign governments for actions taken in their official capacity.

134. Counterintelligence is the collection of information and the execution of activities designed to safeguard against threats such as espionage, intelligence operations, sabotage, and assassinations. These threats originate from foreign governments, organizations, individuals, and international terrorist groups. The

primary goal of counterintelligence protects national security and maintain the integrity of sensitive information.

135. 18USC§2339A Chennai India the Foreign Power nation is the provider of terrorism. Provider of terrorism uses number of team of terrorists. Material name communication system of foreign intelligence surveillance (FIS) of war and national defense of title v to Plaintiff Jothi Rathnam United States National person in United States National location.

136. 18USC§2339 violation of harboring terrorists of the Foreign Power of the U.S. organization real estate corporations and commercial corporation to Plaintiff Jothi Rathnam United States National person in United States National location.

137. 18USC§2510 wire and electronic communications interception to Plaintiff Jothi Rathnam United States National person in United States National location.

138. 50USC§1801 Foreign intelligence surveillance (FIS) of war and national defense of Title V to Plaintiff Jothi Rathnam United States National person in United States National location.

139. Defendant is the Office of Montgomery County Executive Marc Elrich for Montgomery County Police Department John Doe number one, John Doe number two, John Doe number three, John Doe number four, and John Doe number five for the misconduct in date 20 June 2026 https://www.montgomerycountymd.gov/services to Plaintiff Jothi Rathnam United States National person in United States National location.

140. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power subjected Plaintiff Jothi Rathnam United States National person in United States National location.

141. Defendant John Doe number one, John Doe number two, John Doe number three, John Doe number four and John Doe number five of Montgomery County Police Department (MCPD) acted willfully to Plaintiff Jothi Rathnam United States National person in United States National location.

142. Defendant John Doe number one, John Doe number two, John Doe number three, John Doe number four and John Doe number five of Montgomery County Police Department (MCPD) intended to confine the Plaintiff without consent and without lawful authority to Plaintiff Jothi Rathnam United States National person in United States National location.

143. Defendant John Doe number one, John Doe number two, John Doe number three, John Doe number four and John Doe number five of Montgomery County Police Department (MCPD) act caused confinement to Plaintiff Jothi Rathnam United States National person in United States National location.

144. Plaintiff aware of the confinement.

145. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed False arrest with no probable cause of action and without any issue of warrant on date 20 June 2026 morning to Plaintiff Jothi Rathnam United States National person in United States National location.

146. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed False arrest resulted to medical confinement with no probable cause of action and without any issue of warrant on date 20 June 2026 to 2 July 2026 in the place Adventist Healthcare Shady Grove Medical Center 9901 medical center drive, Rockville Maryland 20852 United States to Plaintiff Jothi Rathnam United States National person in United States National location.

147. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed False arrest exceeded court date 25 June 2026 to Plaintiff Jothi Rathnam United States National person in United States National location.

148. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed False arrest on torture with third party Foreign Power material ‘chip hidden tablet’ ‘that has control moving method in mobile app’ to Plaintiff Jothi Rathnam United States National person in United States National location.

149. 42USC§1983 Civil action for deprivation of rights

150. U.S. Const. Amend. IV Searches and Seizures; Warrants

151. 18USC§242 Deprivation of rights under color of law

152. Minn. Stat §629.34 When arrest made without warrant

153. Singer v. Fulton County Sheriff, 63 F.3d 110 (2d Cir. 1995).

154. Ivery v. Baldauf, 284 F.Supp.3d 426, 434-436 (W.D.N.Y. 2018).

**E. Defendant MCPD committed Medical Confinement to Plaintiff**

155. Foreign Intelligence Surveillance Act 1978 (F.I.S.A.).

156. F.I.S.A. governs the collection of Foreign Intelligence Information (F.I.I.).

157. Foreign Instrumentality refers to any entity significantly controlled by a foreign government including agencies, ministries, corporations, and institutions that operate under the influence of a foreign state.

158. Foreign Intelligence Information (F.I.I.) refers to data that is crucial for the United States to safeguard itself against threats from foreign powers. This includes information about potential attacks, sabotage, international terrorism, and clandestine intelligence operations. It can also encompass data related to national defense and foreign affairs, regardless of whether it involves U.S. citizens.

159. F.I.I. is vital for United States National Security.

160. F.I.I. casework involves criminal law of foreign surveillance and international terrorism.

161. 18USC§2510 defines terms related to wire and electronic communications interception.

162. F.I.I. involves United States and foreign persons.

163. F.I.I. legal frameworks govern the collection and use of this information.

164. Foreign Sovereign Immunities Act 1976 outlines the circumstances under which foreign states can be held accountable in the U.S. legal system, particularly emphasizing that foreign states engaged in commercial activities

within the U.S. may not enjoy this immunity. Foreign immunity is primarily relevant in international law and civil litigation. Foreign immunity invoked in cases involving Diplomatic relations and protections. Commercial disputes involving foreign entities. Claims against foreign governments for actions taken in their official capacity.

165. Counterintelligence is the collection of information and the execution of activities designed to safeguard against threats such as espionage, intelligence operations, sabotage, or assassinations. These threats originate from foreign governments, organizations, individuals, or international terrorist groups. The primary goal of counterintelligence is to protect national security and maintain the integrity of sensitive information.

166. 18USC§2339A Chennai India the Foreign Power nation is the provider of terrorism. Provider of terrorism uses number of team of terrorists. Material name communication system of foreign intelligence surveillance (FIS) of war and national defense of Title V to Plaintiff Jothi Rathnam United States National person in United States National location.

167. 18USC§2339 violation of harboring terrorists of the Foreign Power of the U.S. organization real estate corporations and commercial corporation to Plaintiff Jothi Rathnam United States National person in United States National location.

168. 18USC§2510 wire and electronic communications interception to Plaintiff Jothi Rathnam United States National person in United States National location.

169. 50USC§1801 Foreign intelligence surveillance (FIS) of war and national defense of Title V to Plaintiff Jothi Rathnam United States National person in United States National location.

170. Defendant is the Office of Montgomery County Executive Marc Elrich for Montgomery County Police Department John Doe number one, John Doe number two, John Doe number three, John Doe number four, and John Doe number five for the misconduct in date 20 June 2026 https://www.montgomerycountymd.gov/services to Plaintiff Jothi Rathnam United States National person in United States National location.

171. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power subjected Plaintiff Jothi Rathnam United States National person in United States National location.

172. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power lacks Probable Cause of action to Plaintiff Jothi Rathnam United States National person in United States National location.

173. Defendant detention was not based on a valid evaluation and posed danger to Plaintiff Jothi Rathnam United States National person in United States National location.

174. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power breached procedural violations to Plaintiff Jothi Rathnam United States National person in United States National location.

175. Defendant facility held the patient past the legally permissible hold period without a court order. Stay time 20 June 2026 to 2 July 2026. Actual court date 25 June 2026.

176. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed fraud to Plaintiff Jothi Rathnam United States National person in United States National location.

177. Defendant medical confinement hold over was based on falsified records of malicious intent to Plaintiff Jothi Rathnam United States National person in United States National location.

178. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power unauthorized restraint to Plaintiff Jothi Rathnam United States National person in United States National location.

179. Defendant use of unlawful physical and mechanical restraints that violate patient autonomy to Plaintiff Jothi Rathnam United States National person in United States National location.

180. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed False arrest with no probable cause of action and without any issue of warrant on date 20 June 2026 morning to Plaintiff Jothi Rathnam United States National person in United States National location.

181. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed medical confinement with no probable cause of action and without any issue of warrant on date 20 June 2026 to 2 July 2026 in

the place Adventist Healthcare Shady Grove Medical Center 9901 medical center drive, Rockville Maryland 20852 United States to Plaintiff Jothi Rathnam United States National person in United States National location.

182. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed False arrest exceeded court date 25 June 2026 to Plaintiff Jothi Rathnam United States National person in United States National location.

183. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power committed False arrest on torture with third party Foreign Power material 'chip hidden tablet' 'that has control moving method in mobile app' to Plaintiff Jothi Rathnam United States National person in United States National location.

184. 42USC§1983 Civil action for deprivation of rights

185. U.S. Const. Amend. IV Searches and Seizures; Warrants

186. 18USC§242 Deprivation of rights under color of law

187. Minn. Stat §629.34 When arrest made without warrant

188. Singer v. Fulton County Sheriff, 63 F.3d 110 (2d Cir. 1995).

189. Ivery v. Baldauf, 284 F.Supp.3d 426, 434-436 (W.D.N.Y. 2018).

**F. Defendant committed Police Action for the Trespassers of Foreign Power Sleeper cells in United States**

190. Foreign Intelligence Surveillance Act 1978 (F.I.S.A.).

191. F.I.S.A. governs the collection of Foreign Intelligence Information (F.I.I.).

192. Foreign Instrumentality refers to any entity significantly controlled by a foreign government including agencies, ministries, corporations, and institutions that operate under the influence of a foreign state.

193. Foreign Intelligence Information (F.I.I.) refers to data that is crucial for the United States to safeguard itself against threats from foreign powers. This includes information about potential attacks, sabotage, international terrorism, and clandestine intelligence operations. It can also encompass data related to national defense and foreign affairs, regardless of whether it involves U.S. citizens.

194. F.I.I. is vital for United States National Security.

195. F.I.I. casework involves criminal law of foreign surveillance and international terrorism.

196. 18USC§2510 defines terms related to wire and electronic communications interception.

197. F.I.I. involves United States and foreign persons.

198. F.I.I. legal frameworks govern the collection and use of this information.

199. Foreign Sovereign Immunities Act of 1976 outlines the circumstances under which foreign states can be held accountable in the U.S. legal system, particularly emphasizing that foreign states engaged in commercial activities within the U.S. may not enjoy this immunity. Foreign immunity is primarily relevant in international law and civil litigation. Foreign immunity invoked in cases involving Diplomatic relations and protections. Commercial disputes

involving foreign entities. Claims against foreign governments for actions taken in their official capacity.

200. Counterintelligence is the collection of information and the execution of activities designed to safeguard against threats such as espionage, intelligence operations, sabotage, and assassinations. These threats originate from foreign governments, organizations, individuals, and international terrorist groups. The primary goal of counterintelligence protects national security and maintain the integrity of sensitive information.

201. 18USC§2339A Chennai India the Foreign Power nation is the provider of terrorism. Provider of terrorism uses number of team of terrorists. Material name communication system of foreign intelligence surveillance (FIS) of war and national defense of Title V to Plaintiff Jothi Rathnam United States National person in United States National location.

202. 18USC§2339 violation of harboring terrorists of the Foreign Power of the U.S. organization real estate corporations and commercial corporation and Montgomery county police department (MCPD) to Plaintiff Jothi Rathnam United States National person in United States National location.

203. 18USC§2510 wire and electronic communications interception to Plaintiff Jothi Rathnam United States National person in United States National location.

204. 50USC§1801 Foreign intelligence surveillance (FIS) of war and national defense of Title V to Plaintiff Jothi Rathnam United States National person in United States National location.

205. Defendant is the Office of Montgomery County Executive Marc Elrich for Montgomery County Police Department John Doe number one, John Doe number two, John Doe number three, John Doe number four, and John Doe number five for the misconduct in date 20 June 2026 https://www.montgomerycountymd.gov/services to Plaintiff Jothi Rathnam United States National person in United States National location.

206. Defendant Montgomery County Police Department (MCPD) the Agent of Foreign Power subjected Plaintiff Jothi Rathnam United States National person in United States National location.

207. Cohabitants are Trespassing wanton intruders of false impersonation.

208. Actual Cohabitants family members parents and sister died year 2016.

209. Authorities

210. Federal Trade Commission (FTC) Identity theft report number 127204322 against Human Mohana priya Padmanabhan and family member Plaintiff Jothi Rathnam United States.

211. Federal Trade Commission (FTC) identity theft report number 127285835 against Human Rahul Ratan and family member Plaintiff Jothi Rathnam United States.

212. Federal trade commission (FTC) Fraud report number 126763691 against Human Mohana Priya Padmanabhan and family member Plaintiff Jothi Rathnam United States.

213. FTC fraud report number 126953120 against Human Rahul Ratan and family member Plaintiff Jothi Rathnam United States.

214. https://patch.com/maryland/rockville/classifieds/announcements/408449/murder-death-personation-terrorism-evil-crime-in-montgomery-county

215. 18USC§913. 18USC§1424. False Impersonation of died Human Mohana Priya and Human Rahul Ratan in the address Avalon apartment 5204 Tuckerman Lane, 102, Rockville, MD 20852 USA. Petitioner report submission of FTC identity theft report and FTC fraud report to lease official Autumn December 2020; Petitioner Jothi Rathnam said call fbi and submit this report.

216. United States against two Cohabitants the Foreign sleeper cell of secret batch operated in foreign commands

217. 22CFR§72.2(a)(b) Consular responsibility. Consular officer learns that a United States citizen or non-citizen national has died in the officer consular district, the officer must Report the death to the Department and the officer must also try to notify the next of kin (or legal guardian), assist the Secretary of State in notifying, and the legal representative, if different from the next of kin, as soon as possible. Only Kin name Jothi Rathnam Phone 240.234.4563. 5204 Tuckerman Lane, 102, Maryland 20852 United States of America, Nearest precinct Montgomery County Police Department Second District Address 4823 Rugby Ave, Bethesda, MD 20814 USA Phone 240.773.6700.

218. 22CFR§71.7 Reports on catastrophes abroad killed Human RahulRatan U.S. Citizenship with maternal grandparents two humans year 7 September 2016. Human Rahul mother died in New Jersey U.S.A. year December 2016. Human Father died in New Jersey U.S.A. year 2018. Visa fraud continuing criminal behaviors.

219. 22CFR§72.22 Release of personal estate value $600,000 to legal representative.

220. Plaintiff Jothi Rathnam Padmanabhan of United States is only family descendent, heir and next kin. [18USC§2441(d)(1)(I).50USC§1801(c)(p-3).18USC§913 18USC§1424. Replevin estate value $600,000].

221. Defendant MCPD operated for trespassed inhabitants of foreign commands.

222. Defendant MCPD operated organized crime of Foreign Power.

223. Defendant MCPD operated bribery of Foreign Power.

224. 42USC§1983 Civil action for deprivation of rights

225. U.S. Const. Amend. IV Searches and Seizures; Warrants

226. 18USC§242 Deprivation of rights under color of law

227. Minn. Stat §629.34 When arrest made without warrant

228. Singer v. Fulton County Sheriff, 63 F.3d 110 (2d Cir. 1995).

229. Ivery v. Baldauf, 284 F.Supp.3d 426, 434-436 (W.D.N.Y. 2018).

## V. COUNTS

**COUNT ONE**

**VIOLATION**

**OF**

**AGENT OF FOREIGN POWER**

**50USC§1801 *seq***

**(Against Defendant Office of Montgomery County Executive Marc Elrich for Montgomery County Police Department (MCPD) John Doe #1 #2 #3 #4 #5 )**

1. Chennai India the Foreign Power of 50USC§1801(a) to Plaintiff Jothi Rathnam United States National person in United States National location.

2. Defendant John Doe number one Montgomery County Police Department (MCPD) "the Agent of Foreign Power" entity of 50USC§1801(b) to Plaintiff Jothi Rathnam United States National person in United States National location.

3. Defendant John Doe number two Montgomery County Police Department (MCPD) "the Agent of Foreign Power" entity of 50USC§1801(b) to Plaintiff Jothi Rathnam United States National person in United States National location.

4. Defendant John Doe number three Montgomery County Police Department (MCPD) "the Agent of Foreign Power" entity of 50USC§1801(b) to Plaintiff Jothi Rathnam United States National person in United States National location.

5. Defendant John Doe number four Montgomery County Police Department (MCPD) “the Agent of Foreign Power” entity of 50USC§1801(b) to Plaintiff Jothi Rathnam United States National person in United States National location.
6. Defendant John Doe number five Montgomery County Police Department (MCPD) “the Agent of Foreign Power” entity of 50USC§1801(b) to Plaintiff Jothi Rathnam United States National person in United States National location.
7. 42USC§1983 Civil action for deprivation of rights
8. U.S. Const. Amend. IV Searches and Seizures; Warrants
9. 18USC§242 Deprivation of rights under color of law
10. Minn. Stat §629.34 When arrest made without warrant
11. Singer v. Fulton County Sheriff, 63 F.3d 110 (2d Cir. 1995).
12. Ivery v. Baldauf, 284 F.Supp.3d 426, 434-436 (W.D.N.Y. 2018).
13. Statute of Limitations 18USC§2339A Chennai India is the provider of terrorism. Provider of terrorism uses number of team of terrorists. Material name communication system of foreign intelligence surveillance (FIS) of war and national defense of Title V.
14. Statute of Limitations 18USC§2339 violation of harboring terrorists of the Foreign Power of U.S. organization real estate corporations and commercial corporation and state government department to Plaintiff Jothi Rathnam United States National person in United States National location.

**COUNT TWO**

**VIOLATION**

**OF**

**BRIBERY OF PUBLIC OFFICIALS AND WITNESSES**

**18USC§201**

**(Against Defendant Office of Montgomery County Executive Marc Elrich for Montgomery County Police Department (MCPD) John Doe #1 #2 #3 #4 #5 )**

1. Defendant John Doe number one Montgomery County Police Department (MCPD) committed violation of bribery of public officials and witnesses the person selected to be a public official directly received value personally return of being influenced in the performance of any official act of 18USC§201(b)(2)(A) to Plaintiff Jothi Rathnam United States National person in United States National location.
2. Defendant John Doe number two Montgomery County Police Department (MCPD) committed violation of bribery of public officials and witnesses the person selected to be a public official directly received value personally return of being influenced in the performance of any official act of 18USC§201(b)(2)(A) to Plaintiff Jothi Rathnam United States National person in United States National location.
3. Defendant John Doe number three Montgomery County Police Department (MCPD) committed violation of bribery of public officials and witnesses the

person selected to be a public official directly received value personally return of being influenced in the performance of any official act of 18USC§201(b)(2)(A) to Plaintiff Jothi Rathnam United States National person in United States National location.

4. Defendant John Doe number four Montgomery County Police Department (MCPD) committed violation of bribery of public officials and witnesses the person selected to be a public official directly received value personally return of being influenced in the performance of any official act of 18USC§201(b)(2)(A) to Plaintiff Jothi Rathnam United States National person in United States National location.
5. Defendant John Doe number five Montgomery County Police Department (MCPD) committed violation of bribery of public officials and witnesses the person selected to be a public official directly received value personally return of being influenced in the performance of any official act of 18USC§201(b)(2)(A) to Plaintiff Jothi Rathnam United States National person in United States National location.
6. 42USC§1983 Civil action for deprivation of rights
7. U.S. Const. Amend. IV Searches and Seizures; Warrants
8. 18USC§242 Deprivation of rights under color of law
9. Minn. Stat §629.34 When arrest made without warrant
10. Singer v. Fulton County Sheriff, 63 F.3d 110 (2d Cir. 1995).
11. Ivery v. Baldauf, 284 F.Supp.3d 426, 434-436 (W.D.N.Y. 2018).

12. Statute of Limitations 18USC§2339A Chennai India is the provider of terrorism. Provider of terrorism uses number of team of terrorists. Material name communication system of foreign intelligence surveillance (FIS) of war and national defense of Title V.

13. Statute of Limitations 18USC§2339 violation of harboring terrorists of the Foreign Power of U.S. organization real estate corporations and commercial corporation and state government department to Plaintiff Jothi Rathnam United States National person in United States National location.

**COUNT THREE**

**FALSE ARREST**

**(Against Defendant Office of Montgomery County Executive Marc Elrich for Montgomery County Police Department (MCPD) John Doe #1 #2 #3 #4 #5 )**

1. Plaintiff established prima facie for false arrest of Defendant on 20 June 2026 to 1 July 2026 2026 to Plaintiff Jothi Rathnam United States National person in United States National location.

2. Defendant John Doe number one, John Doe number two, John Doe number three, John Doe number four and John Doe number five of Montgomery County Police Department (MCPD) acted willfully to Plaintiff Jothi Rathnam United States National person in United States National location.

3. Defendant John Doe number one, John Doe number two, John Doe number three, John Doe number four and John Doe number five of Montgomery County Police Department (MCPD) intended to confine the Plaintiff without consent and without lawful authority to Plaintiff Jothi Rathnam United States National person in United States National location.

4. Defendant John Doe number one, John Doe number two, John Doe number three, John Doe number four and John Doe number five of Montgomery County Police Department (MCPD) act caused the confinement to Plaintiff Jothi Rathnam United States National person in United States National location.

5. Plaintiff aware of the confinement.

6. 42USC§1983 Civil action for deprivation of rights

7. U.S. Const. Amend. IV Searches and Seizures; Warrants

8. 18USC§242 Deprivation of rights under color of law

9. Minn. Stat §629.34 When arrest made without warrant

10. Singer v. Fulton County Sheriff, 63 F.3d 110 (2d Cir. 1995).

11. Ivery v. Baldauf, 284 F.Supp.3d 426, 434-436 (W.D.N.Y. 2018).

12. Statute of Limitations 18USC§2339A Chennai India is the provider of terrorism. Provider of terrorism uses number of team of terrorists. Material name communication system of foreign intelligence surveillance (FIS) of war and national defense of Title V.

13. Statute of Limitations 18USC§2339 violation of harboring terrorists of the Foreign Power of U.S. organization real estate corporations and commercial corporation and state government department to Plaintiff Jothi Rathnam United States National person in United States National location.

**COUNT FOUR**

**MEDICAL CONFINEMENT**

**(Against Defendant Office of Montgomery County Executive Marc Elrich for Montgomery County Police Department (MCPD) John Doe #1 #2 #3 #4 #5 )**

1. Defendant lacks Probable Cause of action to Plaintiff Jothi Rathnam. Defendant detention was not based on a valid evaluation and posed danger to Plaintiff Jothi Rathnam United States National person in United States National location.

2. Defendant breached procedural violations to Plaintiff Jothi Rathnam. Defendant facility held the patient past the legally permissible hold period without a court order. Stay time 20 June 2026 to 2 July 2026. Actual court date 25 June 2026 in Adventist Healthcare Shady Grove Medical Center 9901 medical center drive, Rockville Maryland 20852 United States to Plaintiff Jothi Rathnam United States National person in United States National location.

3. Defendant committed fraud to Plaintiff Jothi Rathnam. Defendant hold was based on falsified records of malicious intent to Plaintiff Jothi Rathnam United States National person in United States National location.

4. Defendant unauthorized restraint to Plaintiff Jothi Rathnam. Defendant use of unlawful physical and mechanical restraints that violate patient autonomy to Plaintiff Jothi Rathnam United States National person in United States National location.

5. 42USC§1983 Civil action for deprivation of rights
6. U.S. Const. Amend. IV Searches and Seizures; Warrants
7. 18USC§242 Deprivation of rights under color of law
8. Minn. Stat §629.34 When arrest made without warrant.
9. Singer v. Fulton County Sheriff, 63 F.3d 110 (2d Cir. 1995).
10. Ivery v. Baldauf, 284 F.Supp.3d 426, 434-436 (W.D.N.Y. 2018).
11. Statute of Limitations 18USC§2339A Chennai India is the provider of terrorism. Provider of terrorism uses number of team of terrorists. Material name communication system of foreign intelligence surveillance (FIS) of war and national defense of Title V.
12. Statute of Limitations 18USC§2339 violation of harboring terrorists of the Foreign Power of U.S. organization real estate corporations and commercial corporation and state government department to Plaintiff Jothi Rathnam United States National person in United States National location.

**COUNT FIVE**

**TRESPASS**

**(Against Defendant Office of Montgomery County Executive Marc Elrich for Montgomery County Police Department (MCPD) John Doe #1 #2 #3 #4 #5 )**

1. Cohabitants are Trespassing wanton of batch group intruders of training of false impersonation 18USC§913 18USC§1424.

2. Actual Cohabitants family members parents father mother with nephew triple human murder death died 18USC§1119 in year September 2016. Actual Cohabitant elder sister human murder death died 18USC§1111 in year December 2016.

3. Plaintiff Jothi Rathnam Padmanabhan of United States is only family descendent, heir and next kin. (18USC§2441(d)(1)(I). 50USC§1801(c)(p-3). 18USC§913 18USC§1424. Replevin estate value $600,000).

4. Authorities

5. United States against two Cohabitants the Foreign sleeper cell of secret batch group operated in foreign commands '18USC§2339A(b) training material'. 18USC§2339A Chennai India is the provider. Provider uses number of team of terrorists. Material name communication system of foreign intelligence surveillance (FIS). 18USC§2339 violation of harboring foreign terrorists of U.S. organization real estate corporations and commercial corporation to Plaintiff Jothi Rathnam United States National person in United States National location.

6. Federal Trade Commission (FTC) Identity theft report number 127204322 against Human Mohana Priya Padmanabhan and family member to Plaintiff Jothi Rathnam United States National person in United States National location.
7. Federal Trade Commission (FTC) identity theft report number 127285835 against Human Rahul Ratan and family member to Plaintiff Jothi Rathnam United States National person in United States National location.
8. Federal trade commission (FTC) Fraud report number 126763691 against Human Mohana Priya Padmanabhan and family member to Plaintiff Jothi Rathnam United States National person in United States National location.
9. FTC fraud report number126953120 against Human Rahul Ratan and family member to Plaintiff Jothi Rathnam United States National person in United States National location.
10. https://patch.com/maryland/rockville/classifieds/announcements/408449/murder-death-personation-terrorism-evil-crime-in-montgomery-county
11. 18USC§913. 18USC§1424. False Impersonation of died Human Mohana Priya and Human Rahul Ratan in the address Avalon apartment 5204 Tuckerman Lane, 102, Rockville, MD 20852 USA. Petitioner report submission of FTC identity theft report and FTC fraud report to lease official Autumn December 2020; Petitioner Jothi Rathnam said call fbi and submit this report.

12. 22CFR§72.2(a)(b) Consular responsibility. Consular officer learns that a United States citizen or non-citizen national has died in the officer consular district, the officer must Report the death to the Department and the officer must also try to notify the next of kin (or legal guardian), assist the Secretary of State in notifying, and the legal representative, if different from the next of kin, as soon as possible. Only Kin name Jothi Rathnam Phone 240.234.4563. 5204 Tuckerman Lane, 102, Maryland 20852 United States of America, Nearest precinct Montgomery County Police Department Second District Address 4823 Rugby Ave, Bethesda, MD 20814 USA Phone 240.773.6700.
13. 22CFR§71.7 Reports on catastrophes abroad killed Human Rahul Ratan U.S. Citizenship with maternal grandparents two humans year 7 September 2016. Human Rahul mother died in New Jersey U.S.A. year December 2016. Human Father died in New Jersey U.S.A. year 2018. Visa fraud continuing criminal behaviors.
14. 22CFR§72.22 Release of personal estate value $600,000 to legal representative.
15. Plaintiff Jothi Rathnam Padmanabhan of United States is only family descendent, heir and next kin.
16. 18USC§2441(d)(1)(I).50USC§1801(c)(p-3).18USC§913 18USC§1424. Replevin estate value $600,000.
17. Defendant MCPD operated for trespassed cohabitants of foreign commands.

18. Defendant MCPD operated organized crime of Foreign Power.

19. Defendant MCPD operated bribery of Foreign Power.

20. 42USC§1983 Civil action for deprivation of rights

21. U.S. Const. Amend. IV Searches and Seizures; Warrants

22. 18USC§242 Deprivation of rights under color of law

23. Minn. Stat §629.34 When arrest made without warrant

24. Singer v. Fulton County Sheriff, 63 F.3d 110 (2d Cir. 1995).

25. Ivery v. Baldauf, 284 F.Supp.3d 426, 434-436 (W.D.N.Y. 2018).

26. Statute of Limitations 18USC§2339A Chennai India is the provider of terrorism. Provider of terrorism uses number of team of terrorists. Material name communication system of foreign intelligence surveillance (FIS) of war and national defense of Title V.

27. Statute of Limitations 18USC§2339 violation of harboring terrorists of the Foreign Power of U.S. organization real estate corporations and commercial corporation and state government department to Plaintiff Jothi Rathnam United States National person in United States National location.

## VI. PRAYER FOR RELIEF

a. United States District Court for the District of Columbia judges injunction order directive of counterintelligence of Intelligence Community (I.C.) 50USC§3003(1)(2)(3)(4) and duty of the Council of National Defense to supervise and direct investigations 50USC§3 under hearing, court order, and enforcement of Rule 17 to 19 of FISC rules Washington, D.C. effective 1 November 2010 and Foreign Intelligence Surveillance Act 1978 to punish the Defendants involved 'Agent of Foreign Power' to Plaintiff Jothi Rathnam United States National person in United States National location.

b. United States District Court for the District of Columbia judges injunction order to punish the Defendants involved 'bribery of public official and witness' under hearing, court order, and enforcement of Rule 17 to 19 of FISC rules Washington, D.C. effective 1 November 2010 and Foreign Intelligence Surveillance Act 1978 to Plaintiff Jothi Rathnam United States National person in United States National location.

c. United States District Court for the District of Columbia judges to find out the Foreign Power crimes of Foreign Nation under hearing, court order, and enforcement of Rule 17 to 19 of FISC rules Washington, D.C. effective 1 November 2010 and Foreign Intelligence Surveillance Act 1978 to Plaintiff Jothi Rathnam United States National person in United States National location.

    i. Plaintiff requests United States District Court for the District of Columbia to understands Chennai India is the provider of

terrorism 18USC§2339A. Provider of terrorism uses number of team of terrorists. Material name communication system of foreign intelligence surveillance (FIS) of war and national defense under title v. Violation of harboring terrorists of foreign power U.S. organization real estate corporations and commercial corporation and county government Montgomery County police department 18USC§2339 to Plaintiff Jothi Rathnam United States National person in United States National location.

ii. Plaintiff requests United States District Court for the District of Columbia to understand conforms truthful statement that Plaintiff Jothi Rathnam next people parents family father and mother died September 2016 18USC§1119 and elder sister died December 2016 18USC§1111. Family heir three estate value $600,000. False impersonation of United States people 18USC§913 under concert drama domination to Plaintiff Jothi Rathnam United States National person in United States National location. See Exhibit B. Exhibit C. Exhibit D.

iii. Plaintiff requests United States District Court for the District of Columbia to understand Defendants Montgomery County Police Department operated for direct bribery of the Foreign Power. Defendants Police operated for foreign power sleeper cell

terrorism of false impersonation. Defendants Montgomery County Police Department the Agent of the Foreign Power to Plaintiff Jothi Rathnam United States National person in United States National location.

iv. Plaintiff requests United States District Court for the District of Columbia to overcome violation of obstruction of justice 18USC§1503 thirteen years attack year November 2013 to 2026 in United States of the Foreign Power crimes to Plaintiff Jothi Rathnam United States National person in United States National location.

v. Plaintiff requests United States District Court for the District of Columbia to stop the Foreign Power crimes. FISC judges work provides judgement for violation of obstruction of justice thirteen years attack in United States to Plaintiff. FISC judges work provides judgement responsiveness in the agency of United States areas detectives of Police Department, Federal bureau investigation (FBI), United States National Guards (USNG), United States District Attorneys (USAO) and private attorneys including law clinics under violation of obstruction of justice thirteen years attack in United States to Plaintiff Jothi Rathnam United States National person in United States National location.

## VI. JURY TRIAL

Plaintiff demands a trial by jury on all issues triable of right by jury.

Thanking you,

Respectfully Submitted By,

Plaintiff

Jothi Rathnam Padmanabhan

Dated On 3 August 2026

5204 Tuckerman Lane

Apartment Unit 102

Bethesda,

Maryland,

20852

United States,

E-mail defenseit@aol.com,

Telephone 240.234.4563.

Defendant

Office of Montgomery County

Executive Marc Elrich

101 Monroe Street, 2nd floor,

Rockville, Maryland

20850

United States

for Montgomery County Police

Department (MCPD)

John Doe number one,

John Doe number two,

John Doe number three,

John Doe number four, and

John Doe number five

NOTARY PUBLIC IN THE DISTRICT OF COLUMBIA

On this date 3 AUGUST 2026 day of Monday this record was signed by

Jothi Rathnam Padmanabhan and notary public commissioned in the place District of Columbia

Party signature

(Jothi rathnam padmanabhan )

District of Columbia

Signed and Sworn to (or affirmed) before me on 8/3/26 (Date)

by Jothi Padmanabhan

(Name(s) of Individual(s) Making Statement)

Signature of Notarial Officer: DeVaughn Scott

Title of Office: Notary Public

My Commission Expires: 11-30-2027

DEVAUGHN SCOTT
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Comm. Exp.
Nov 30, 2027

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

( )
( JOTHI RATHNAM PADMANABHAN, )
( 5204 TUCKERMAN LANE, )
( APARTMENT 102, )
( BETHESDA, MARYLAND )
( UNITED STATES OF AMERICA, )
( PLAINTIFF, )
( )
( )
( --AGAINST-- )
( )
( DEFENDANT )
( OFFICE OF MONTGOMERY COUNTY )
( EXECUTIVE MARC ELRICH )
( FOR )
( MONTGOMERY COUNTY )
( POLICE DEPARTMENT )
( JOHN DOE NUMBER ONE )
( JOHN DOE NUMBER TWO )
( JOHN DOE NUMBER THREE )
( JOHN DOE NUMBER FOUR )
( JOHN DOE NUMBER FIVE )
( )
( )

---

**Certificate of Service**

I hereby certify that on this Monday 3 August 2026 a copy of verified complaint documents was mailed via first class mail.

Dated On 3 August 2026

Signature

Plaintiff

Jothi Rathnam Padmanabhan

5204 Tuckerman Lane

Apartment Unit 102

Bethesda,

Maryland,

20852

United States,

E-mail defenseit@aol.com,

Telephone 240.234.4563.

Defendant

Office of Montgomery County

Executive Marc Elrich

101 Monroe Street, 2nd floor,

Rockville, Maryland

20850

United States

for Montgomery County Police

Department (MCPD)

John Doe number one,

John Doe number two,

John Doe number three,

John Doe number four, and

John Doe number five